UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-20290-CR-UNGARO-BENAGES

KIRSTEN SALB,

    Plaintiff,

vs.

EVERCOM SYSTEMS, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE

THIS CAUSE is before the Court upon Glenn Manishin's motion to appear pro hac vice, filed October 11, 2006. (D.E. 89.)

THE COURT has considered the motions and the pertinent portions of the record, and being otherwise fully advised in the premises it is

ORDERED AND ADJUDGED that said motion are GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of October, 2006.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record