UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  06-20290-Civ-UNGARO-BENAGES

KIRSTEN SALB,

    Plaintiff,

vs.

EVERCOM SYSTEMS, INC., et al.,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

THIS CAUSE is before the Court upon the motion of R. Jason Richards, counsel for Plaintiff, for permission to appear pro hac vice, filed October 17, 2006.  (D.E. 98.)

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises it is

ORDERED AND ADJUDGED that the motion is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of October, 2006.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record