UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-20290-CIV-UNGARO-BENAGES/O'SULLIVAN

KIRSTEN SALB, an individual on behalf
of herself and all others similarly situated,

        Plaintiff,

v.

EVERCOM SYSTEMS, INC. and
CORRECTIONAL BILLING SERVICES,
INC.,
        Defendants.
_____/

**ORDER**

THIS MATTER came before the Court on the Plaintiff's Motion to Compel Documents Defendants Already Agreed to Produce (DE # 89, 10/6/06).  Having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel Documents Defendants Already Agreed to Produce (DE # 89, 10/6/06) is GRANTED.  Pursuant to Fed.R.Civ.P. 26(b)(1), "[p]arties may obtain discovery regarding any matter, not privileged, which is relevant to the subject matter involved in the pending matter . . . ."  The requested records are relevant to the plaintiff's claim.  Accordingly, the defendants shall produce the responsive documents that are in the possession, custody or control of the defendants on or before November 13, 2006.

DONE and ORDERED, in chambers, in Miami, Florida, this 2nd day of November, 2006.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Ungaro-Benages
All Counsel of Record